DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                                          Chapter 11

125 BROAD PARTNERS LLC,                                    Case No. 24-42130 (ESS)

                                      Debtor.
---------------------------------------------------------x

## DECLARATION OF DAVID GOLDWASSER PURSUANT
## TO LOCAL BANKRUPTCY RULE 1007-4

DAVID GOLDWASSER, under penalties of perjury, hereby declares and states as follows:

1.      I am the Chief Restructuring Officer ("CRO") of 125 Broad Partners LLC (the "Debtor"), and I submit this Declaration pursuant to Rule 1007-4 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York.

## PART I

## BACKGROUND

2.      The Debtor was organized under the laws of the State of New Jersey on November 27, 2019.  The Debtor is a limited liability company organized under the laws of New Jersey, whose management operates at 543 Bedford Avenue, Suite 317, Brooklyn, New York 11211.

3.      On February 20, 2020, the Debtor acquired real property located at 125 Broad Street, Elizabeth, New Jersey 07201 (the "Property").  The Property is a 14-story tower in downtown Elizabeth, known colloquially as the "Hersch Tower".

1

4.      The Property is a historic art deco style building built in 1931 and has been vacant since prior to the Debtor's acquisition.

5.      When the Debtor acquired the Property on February 20, 2020, the acquisition cost $13,000,000, which was partially funded by a $8,500,000 loan from Levon NJ CXX LLC ("Levon") entered into on February 10, 2020, with the rest of the balance funded by the Debtor through equity contributions and unsecured loans.

6.      Although the Property has already obtained approval for a conversion of floors two through eleven to residential rental units, due to the acquisition occurring on the eve of the Covid 19- Pandemic in March 2020, the Debtor's attempts to redevelop the Property were halted immediately.  As a result, the Debtor defaulted on its loan to Levon.

7.      On February 15, 2023, Levon commenced a mortgage foreclosure action in the Superior Court of New Jersey: Chancery Division, styled as *Levon NJ CXX LLC v. 125 Broad Partners LLC; Division of Fire Safety; and Joel Friedman* (the "Foreclosure Action").

8.      Ultimately, Levon obtained a judgment of foreclosure on January 5, 2024.  Levon was awarded a sum of $13,162,582.35 and a foreclosure sale of the Property was then scheduled for May 15, 2024.

9.      The Debtor disputes the amount awarded to Levon under the judgment since the allegedly accrued interest on the principal amount may be subject to disallowance under religious laws governing the parties with the dispute to be decided by the Beth Din Rabbinical Court in Brooklyn.

10.     Simultaneously with  and as a condition to entering into the loan with Levon, the Debtor and Levon entered into a *Heter Iska* agreement to get around the prohibition under Jewish religion that forbids the payment of interest from one Jewish party to another.  Under the *Heter*

2

*Iska*, Levon was also granted a minority interest in the Debtor.  Furthermore, under the *Heter Iska* the parties agreed that in the event of any dispute, they may resort to judicial forums as well as the Beth Din Rabbinical Court.

11.     Accordingly, the Debtor is in the process of filing for arbitration before the Beth Din Rabbinical Court, which will be critical in determining the allowed amount of Levon's claim, which allowed amount the Debtor intends to pay in full through a sale or refinance of the Property while in Chapter 11.

12.     To that end, on May 21, 2024, I was appointed as the CRO of the Debtor by its managing member.  In order to protect and preserve the Debtor's interests, I exercised my rights as  of the CRO of the Debtor and authorized the Debtor to file for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of New York, on May 22, 2024 (the "Petition Date").

13.     The Debtor intends to utilize the Chapter 11 process to restructure its debts, so that it may be able to effectively settle its debt with Levon, and successfully file a plan of reorganization under Chapter 11.  The Debtor's goal is to either complete the renovation and development of the Property to obtain a refinance of the Property or to market and sell the Property via an auction and retention of an experienced real estate broker should it have to utilize this option.

14.     With Bankruptcy Court approval, the Debtor intends to hire Northgate Real Estate Group as its real estate broker ("Northgate").  Northgate is a widely known and well experienced firm with respect to chapter 11 cases like this one, and the Debtor will move to retain Northgate as expeditiously as possible.

15.     The needs and interests of the Debtor's creditors will be best served by the continued possession of its property and management of its affairs as a debtor in possession under

3

Chapter 11 until a restructuring plan can be formulated and presented to creditors.

## PART II

## INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007

16.     In addition to the foregoing, E.D.N.Y. Local Bankruptcy Rule 1007-4 requires certain information related to the Debtor, which is set forth below.

17.     The Debtor's property is located at 125 Broad Street, Elizabeth, New Jersey 07201, and the Debtor conducts its business at 543 Bedford Avenue, Suite 317, Brooklyn, New York 11211.  The Debtor is engaged in the ownership of the Property as described above.

18.     This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

19.     Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

20.     A list of the names and addresses of the Debtor's 20 largest unsecured creditors, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in §101(31) of the Bankruptcy Code is annexed hereto as **Schedule I.**

21.     A schedule of the Debtor's 5 largest secured creditors is annexed hereto as **Schedule II.**

22.     A summary of the Debtor's consolidated assets and liabilities is annexed hereto as **Schedule III.**

23.     There are no publicly held securities of the Debtor.

24.     None of the Debtor's property is in the possession of any custodian, public officer,

4

mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

25.     The Debtor does not lease the property, vehicles or equipment.

26.     The Debtor's books and records and substantial assets are located at 543 Bedford Avenue, Suite 317, Brooklyn, New York 11211.

27.     Upon information and belief, the only active lawsuit the Debtor is a party to is the Foreclosure Action.

28.     The Debtor is currently managed by David Goldwasser as CRO.

29.     The Debtor currently has 0 employees.

30.     The Debtors' estimated gross weekly payroll and payments to managers, members, and directors for the thirty (30) day period following the Chapter 11 petition is $0

31.     The Debtor's estimated payroll to non-manager/non-insider employees for the thirty (30) day period following the Chapter 11 petition is approximately $0.

32.     A schedule, for the 30-day period following the filing of the Chapter 11 petition of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees is annexed hereto as **Schedule IV.**

## <u>CONCLUSION</u>

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2024

                                                          */s/ David Goldwasser*
                                                          David Goldwasser, CRO

5

## SCHEDULE I

CONSOLIDATED 20 LARGEST UNSECURED CREDITORS

See attached

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **125 Broad Partners LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **24-42130** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amoroso Pantano, P.C. 25 Chubb Avenue 4th Floor South Tower Suite 1 Lyndhurst, NJ 07071 | | Legal Services | | | | $135,000.00 |
| Baruch Rosenfeld 5 Lenore Avenue Monsey, NY 10952 | | Investor | | | | $1,365,000.00 |
| Bernard A. Shafran, Esq. 49 West 37th Street Ninth Floor New York, NY 10018 | | Legal Services and Investment | | | | $1,800,000.00 |
| C&B Consulting Engineers 14 Endeavor Boulevard Suite 101 Hightstown, NJ 08520 | | | | | | $15,000.00 |
| Chaim Hager 1253 47 Street Brooklyn, NY 11219 | | Investor | | | | $1,050,000.00 |
| David Sofer 1377 40th Street 3rd Floor Brooklyn, NY 11218 | | Investor | | | | $950,000.00 |
| Graviano & Gillis Architects & Planners LLC P.O. Box 3341 Long Branch, NJ 07740 | | Services | | | | $130,000.00 |

| Debtor | **125 Broad Partners LLC** | Case number *(if known)* | **24-42130** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Israel Goldstein 18 Spencer Street Suite 704, Unit #2 Brooklyn, NY 11205** | | **Investor** | | | | **$250,000.00** |
| **Mark Rosenberg 800 NE 171 Terrace North Miami, FL 33162** | | **Investor** | | | | **$1,350,000.00** |
| **Moses Fischer 18 Spencer Street Unit 704 Brooklyn, NY 11205** | | **Investor** | | | | **$1,000,000.00** |
| **Moshe Indig 109 Rutledge Street Brooklyn, NY 11249** | | **Investor** | | | | **$525,000.00** |
| **Powers & Company 1315 Walnut Street Suite 1717 Philadelphia, PA 19107** | | **Services** | | | | **$125,000.00** |
| **Rifka Friedman 831 Bedford Avenue Suite 532 Brooklyn, NY 11205** | | **Investor** | | | | **$1,225,000.00** |
| **Stephen F. Hehl, Esq. 370 Chestnut Street Union, NJ 07083** | | **Legal Services** | | | | **$53,000.00** |
| **Union County 1976 Morris Avenue Union, NJ 07083** | | | | **$32,000.00** | **$0.00** | **Unknown** |
| **Zelig Weiss 29 Little Nassau Street Suite 118 Brooklyn, NY 11205** | | **Investor** | | | | **$1,650,000.00** |

**SCHEDULE II**

<u>DEBTOR'S FIVE LARGEST SECURED CREDITORS</u>

See Attached

**Fill in this information to identify the case:**

Debtor name    **125 Broad Partners LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **24-42130**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Levon NJ CXX LLC**
Creditor's Name

c/o Evan M. Newman
Jacobowitz Newman
Tversky
377 Pearsall Avenue
Cedarhurst, NY 11516
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Levon NJ CXX LLC
2. U.S. Small Business Admin

Describe debtor's property that is subject to a lien
**125 Broad Street, Elizabeth, NJ 07201**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$13,162,582.35**    Value of collateral: **$16,000,000.00**

**2.2  U.S. Small Business Admin**
Creditor's Name

2 North Street, Suite 320
Birmingham, AL 35203
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**125 Broad Street, Elizabeth, NJ 07201**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$150,000.00**    Value of collateral: **$16,000,000.00**

| Debtor | **125 Broad Partners LLC** | Case number (if known) | **24-42130** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Union County** | Describe debtor's property that is subject to a lien | **$32,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1976 Morris Avenue**
**Union, NJ 07083**
Creditor's mailing address

Describe the lien
**Real Estate Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$13,344,582.35**

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jacobowitz Newman Tversky**<br>**695 Cross Street**<br>**Suite 192**<br>**c/o Evan M. Newman**<br>**Lakewood, NJ 08701** | Line **2.1** | |

---

**SCHEDULE III**

<u>SUMMARY OF ASSETS AND LIABILITIES</u>

See attached

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>125 Broad Partners LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><b>24-42130</b></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

<b>Part 1:    Summary of Assets</b>

1. <b>Schedule A/B: Assets-Real and Personal Property</b> (Official Form 206A/B)

   1a. <b>Real property:</b>
   Copy line 88 from Schedule A/B..............................................................................  $    16,000,000.00

   1b. <b>Total personal property:</b>
   Copy line 91A from Schedule A/B...........................................................................  $    0.00

   1c. <b>Total of all property:</b>
   Copy line 92 from Schedule A/B.............................................................................  $    16,000,000.00

<b>Part 2:    Summary of Liabilities</b>

2. <b>Schedule D: Creditors Who Have Claims Secured by Property</b> (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...............  $    13,344,582.35

3. <b>Schedule E/F: Creditors Who Have Unsecured Claims</b> (Official Form 206E/F)

   3a. <b>Total claim amounts of priority unsecured claims:</b>
   Copy the total claims from Part 1 from line 5a of Schedule E/F..........................................  $    0.00

   3b. <b>Total amount of claims of nonpriority amount of unsecured claims:</b>
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.........................  +$    11,623,000.00

4. <b>Total liabilities</b> ..............................................................................................  $    24,967,582.35
   Lines 2 + 3a + 3b

**SCHEDULE IV**

<u>30 DAY ESTIMATED INCOME AND EXPENSES</u>

Income: $0

Expenses:

RE Taxes (pro rated) $10,600
Insurance (monthly financed premium) $9,500
Utilities $0.00