

**Rabbinical Court of Tartikov**
of the
**Beit Yehiel Michel Kolel**
in Honor of Rabbi Yehiel
Michel Steinmetz, OBM
Brooklyn

**(718) 972-2210**
**Fax (718) 853-1633**

**RABBINICAL COURT**
of
KOLEL TARTIKOV
**1452 - 55 St.**
**Brooklyn, N.Y. 11219**

With God's Help

# Beth Din Decision

To:
Mr. Shamai Weiss and Mr. Eli Lieberman
On their behalf and on behalf of the company
Levon NJ CXX LLC
And on behalf of the company
Levon Capital

Upon the request by:
Mr. Joel Friedman and his partners
On their behalf and on behalf of the company
Broad Partners LLC 125

Whereas the Petitioner is making an effort to litigate with you by Din Torah on all the arguments and claims between them, and the Parties indeed appeared before us, we are hereby issuing a Beth Din Decision, on behalf of the Beth Din:

> As long as there is no Decision by our Beth Din on the Parties' arguments and claims against each other, Party B may not do any act of collection in the secular courts, etc. And they are continuously subject to the Torah warning not to litigate in secular courts.

> The Parties shall immediately schedule a date for Din Torah at a Beth Din that is satisfactory to the Parties.

We hope that you shall fulfill your obligation according to the Laws of the Holy Torah, and the remnants of Israel shall do no wrong.[1]

And thus I set my signature on behalf of the Beth Din

Tuesday Behar, 6 Iyar, 5784 [05/14/2024]

[Signature]

The Court Scribe

[Seal: RABBINICAL COURT OF TARTIKOV]

---

[1] Translator's note: See Zephaniah 3:13.



**LANGUAGE & RESEARCH, INC.**

**Telephone: 718-362-0726   •   Email: PGLRTranslations@gmail.com**

## CERTIFICATE OF ACCURACY

Penina R. Gold, an attorney duly admitted to practice law in the State of New York, pursuant to CPLR § 2106(a), hereby affirms under penalties of perjury that:

I am not a party to this action and am of full age and reside in the County, City and State of New York. I am fluent in both the English and Hebrew languages. I am an experienced translator and have translated thousands of official, court, and legal documents for over ten years. I am a qualified Hebrew Language Interpreter for the New York State Unified Court System, and I am fully competent to translate from Hebrew to English. I have made the attached translation from a copy of the original document in the Hebrew language (Beth Din Decision, Weiss and Lieberman v. Friedman) also attached hereto and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Date: May 19, 2024

*Penina R. Gold*

Penina R. Gold
PG Language & Research, Inc.