| Beth Din Zedek | **Tzedek Umishpot** | RABBINICAL COURT |
|---|---|---|
| With God's Help | | |

## ✂ Foreclosure and Refusal Warning ✃

**Date:** 5 Tamuz, 5784                                                    DATE: July 11, 2024

**To the Defendant/s:**   Mr. Shamai Weiss and
                                              Mr. Eli Lieberman

On their own behalf
and on behalf of **Levon NJ CXX LLC**
and on behalf of **Levon Capital**

**At the request of the Plaintiff/s:** Mr. Joel Friedman and his Partners
On their own behalf and on behalf of
**125 Broad Partners LLC**

---

## Warning

Behold, we have already sent you three Summonses to come and appear to litigate by Din Torah in the dispute that is between you all and the aforementioned Plaintiff, and we have also sent several Beth Din Warnings and Reminders to immediately cease all your claims in secular courts and the gentile authorities. And in response to that, you replied that you chose to litigate in the Rabbinical Court of Tartikov, and indeed you went to litigate there in a Beth Din panel that is headed by the Beth Din President, Rabbi Naftali Meir Babad, though you refused to accept upon yourselves the Beth Din's authority by signing Notes of Arbitration, and you also did not heed what the Beth Din had imposed on you after hearing the Parties' arguments. Therefore, first we come to approve and uphold and bolster the Words of Torah which do not need bolstering, what was issued by Rabbinical Court of Tartikov in the letter, dated 6 Iyar, 5784 [05/14/2024], **that as long as there is no Ruling from their Beth Din on the Parties' arguments and claims against each other, the Defendants may not do any act of collecting in the secular courts, etc. And that you are continuously subject to the Torah warning not to litigate in secular courts, (and as it is ruled in Shulchan Aruch (Choshen Mishpat, Sect. 26, Par. A.) that one who litigates before gentiles' courts is a wicked man and is as though he blasphemed, reproached, and rebelled against the Law of Moses, peace be upon him). And the Parties must immediately schedule a date for a Din Torah in a Beth Din that is acceptable to the Parties.**

And we hereby come with a **Last Warning** that if you do not immediately cease the filing in the secular courts or other government authorities, etc., and you would not accept the Beth Din authority by signing Notes of Arbitration within a week, a Note of Refusal will be issued by us against you. And we hope that you will certainly do properly, and may no desecration of God's Name be caused by you, God forbid.

Signing on behalf of the Beth Din Zedek          [Signature]          ON BEHALF OF THE BAIS DIN

CASE# 2319

**Beth Din Tzedek Umishpot    ♦    BAIS DIN TZEDEK UMISHPOT**

**Mail:** 4802 15th Avenue, Brooklyn, NY 11219 · **Phone:** (718) 222-5252 · **Fax:** (929) 222-9020 · **Email:** bdtzedekumishpot@gmail.com



**Telephone: 718-362-0726    •    Email: PGLRTranslations@gmail.com**

## CERTIFICATE OF ACCURACY

Penina R. Gold, Esq., an attorney duly admitted to practice law in the State of New York, pursuant to CPLR § 2106(a), hereby affirms under penalties of perjury that:

I am not a party to this action, nor do I represent any party to this action. I am of full age and reside in the County, City, and State of New York.

I am fluent in both the English and Hebrew languages.  I am an experienced interpreter and translator and I have translated thousands of official, court, and legal documents for over ten years, and I am fully competent to translate from Hebrew to English. I have made the attached translation (Beth Din Warning, *Weiss et al. v. Friedman et al.*) from a copy of the original document in the Hebrew language also attached hereto and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Date: July 15, 2024

*Penina R. Gold*

Penina R. Gold, Esq.
PG Language & Research, Inc.