UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 125 BROAD PARTNERS LLC, | ) Case No. 24-42130(ESS) |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER *ON* ~~GOVERNING~~ MOTION FOR RELIEF FROM AUTOMATIC STAY~~, ETC.~~**

**UPON** consideration of the Motion ("Motion") for an order pursuant to 11 U.S.C. section 362(d) annulling the automatic stay filed by Levon NJ CXX LLC ("Levon"), and the opposition of the Debtor thereto, and the Court having reviewed the pleadings and considered the matter at the hearing held on July 26, 2024, *at which the Debtor, Levon, and the United States Trustee appeared and were heard,* it is hereby **ORDERED** that:

1.  The hearing on the Motion shall be continued~~, for holding/status purposes only,~~ to September 6, 2024 at 10:30 a.m.

2.  The Debtor shall pay Levon adequate protection payments of $62,000 (the "Interim Monthly Adequate Protection Payment") per month commencing with month of August 2024 and payable on or before August 25, 2024 and each month thereafter no later than the fifteenth (15th) of each successive month, pending further order of the Court.

3.  The Debtor shall timely pay all post-petition real estate taxes commencing with the third quarter 2024, together with any interest thereon if not paid on or before the 10th of the month (commencing the month of August, 2024) in which such quarterly payment is due. Evidence of this real estate tax payments referenced herein shall be provided to Levon within three (3) business days of payment.

4. The Debtor shall reimburse Levon for monthly insurance premium payments commencing with July 2024 on or before August 21, 2024 and the Debtor will timely pay the monthly insurance premium payments as they become due commencing the month of August, 2024.

5. The Debtor shall pay all post-petition utility payments when due.

6. Notwithstanding anything contained in this Stipulation, the parties reserve all rights, claims and interests with respect to the Property, the Motion and the Chapter 11 Case, respectively.

8. The Court ~~shall~~ *__may__* retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Brooklyn, New York
August 8, 2024



_____
Elizabeth S. Stong
United States Bankruptcy Judge

2